# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| KARL CORBETT, et al. | : | |
| Plaintiffs, | : | Case No. 1:22-cv-00628-JPH |
| v. | : | |
| MLINK TECHNOLOGIES, Inc., et al., | : | Judge Jeffrey P. Hopkins |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiffs Karl Corbett and Brenda Corbett and Defendant Daniel Sweet file this

stipulation of dismissal with prejudice.

Respectfully submitted,                          Respectfully submitted,

**BAILEY CAVALIERI LLC**                    **KEMP, SCHAEFFER & ROWE CO., LPA**

*/s/ Christopher B. Burch*                   */s/ Erica Ann Probst by Christopher*
Christopher B. Burch (0087852)              *Burch per email authority 2-20-25*
John F. Marsh (0065345)                     Erica Ann Probst (0073486)
10 W. Broad Street Suite 2100               88 W. Mound Street
Columbus, Ohio 43215                        Columbus, Ohio 43215
Telephone: (614) 221-3155                   Tel: (614)224-2678
Facsimile: (614) 221-0479                   Erica@ksrlegal.com
cburch@baileycav.com
jmarsh@baileycav.com                        *Counsel for Defendant Daniel Sweet*

*Counsel for Plaintiffs Karl Corbett and*
*Brenda Corbett*

1

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Stipulation of Dismissal was served on all parties via CM/ECF or via email on the 20th of February 2025.

/s/ Christopher B. Burch
Christopher B. Burch

*Counsel for Plaintiffs Karl Corbett and Brenda Corbett*